KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIBU GAO,<br>ZHICHENG ZENG,<br>GE ZHU, aka Zhu Ge,<br>DAI LNU, aka Jose Figueroa,<br>TIFFANY STUART, aka Jane Doe,<br>LI HUN MA, aka Jane Doe II,<br>JENNIFER LANGE, and<br>BRANDY DOUGLAS,<br><br>    Defendants. | No.: CR 3-05-70262 JL<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    This matter came on the calendar of the Honorable Nandor J. Vadas on June 30, 2005, for preliminary hearing or arraignment as to defendants ZHICHENG ZENG, GE ZHU, aka Zhu Ge, TIFFANY STUART, LIN HUN MA, JENNIFER LANGE, and BRANDY DOUGLAS.

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 3-05-70262 JL

1  Defendants GAO and DAI are not yet present before the court. At that time, the government did
2  not have an indictment on file due to the recent reassignment of this case from Special Assistant
3  United States Attorney Denee DiLuigi to Assistant United States Attorney Monica Fernandez.
4  At the parties' request, the Court continued the matter until July 21, 2005 for preliminary hearing
5  or arraignment. The defendants had previously agreed to an extension of time for the preliminary
6  hearing under Federal Rule of Criminal Procedure 5.1(d).
7       The parties requested a continuation of the Rule 5.1(d) extension of time up to the 30-day
8  limit for indictment set by the Speedy Trial Act, 18 U.S.C. § 3161(b), and an exclusion of time
9  under the Speedy Trial Act through July 21, 2005 based upon the need for effective preparation
10 of counsel. The government is in the process of providing discovery to the defense. Therefore,
11 the parties are requesting an extension of time under Rule 5.1(d) and a subsequent exclusion of
12 time under the Speedy Trial Act. The parties agree that the time from June 30 through July 21,
13 2005 should be extended under Rule 5.1(d) and should be excluded in computing the time within
14 which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
15      Accordingly, the Court HEREBY ORDERS that the time from June 30 through July 21,
16 2005 is extended under Rule 5.1(d) up to the 30-day limit for indictment set by the Speedy Trial
17 Act, 18 U.S.C. § 3161(b), and is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The
18 Court finds that the failure to grant the requested exclusion would deny the defendants
19 reasonable time necessary for effective preparation, taking into account the exercise of due
20 diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by
21 granting the requested exclusion outweigh the best interest of the public and the defendants in a
22 speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The
23 Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §
24 3161(h)(8)(A).
25 SO ORDERED.
26 DATED: 7/12/05

HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 3-05-70262 JL                2

Approved as to form:

/s/ Tony Tamburello
TONY TAMBURELLO, ESQ.
Attorney for Defendant Zeng

/s/ Harris Taback
HARRIS TABACK, ESQ.
Attorney for Defendant Zhu Ge

/s/ Josh Cohen
JOSH COHEN, ESQ.
Assistant Federal Public Defender
Attorney for Defendant Stuart

/s/ Randy Sue Pollack
RANDY SUE POLLACK, ESQ.
Attorney for Defendant MA

/s/ Suzanne Luban
SUZANNE LUBAN, ESQ.
Attorney for Defendant Lange

/s/ Geoffrey Rotwein
GEOFFREY ROTWEIN, ESQ.
Attorney for Defendant DOUGLAS

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 3-05-70262 JL

3