1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   MONICA FERNANDEZ (CSBN 168216)
5  Assistant United States Attorney

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-7065
   FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

**FILED**

AUG 2 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00465-JSW |
| Plaintiff, ) | |
| ) | PETITION FOR WRIT OF HABEAS |
| v. ) | CORPUS AD PROSEQUENDUM |
| ZIBU "BOB" GAO, ) | |
| Defendant. ) | |

To the Honorable Nandor J. Vadas, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Zibu "Bob" Gao. The prisoner is required to appear in the above-referenced matter as soon as possible for arraignment on an indictment in a case already pending before this Court. His place of custody and jailor are set forth in the following writ.

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR-05-00465-JSW

1  DATED: July 20, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MONICA FERNANDEZ
Assistant United States Attorney

7  IT IS SO ORDERED.
8  DATED: July 22, 2005

HON. NANDOR J. VADAS
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR-05-00465-JSW                    2

# THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the North Kern State Prison, 2737 West Cecil Avenue, Delano, California:

## GREETINGS

The prisoner, Zibu "Bob" Gao, CDC #V86549, is now in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court **FORTHWITH**. You shall bring him before the Magistrate Judge who is on duty when the prisoner is produced. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Nandor J. Vadas, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:
8/2/05

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_/s/_
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
No. CR-05-00465-JSW                          3