KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZIBU "BOB GAO, ) <br> ZHICHENG ZENG, ) <br> LIN HUN MA, and ) <br> XIANG ZHUGE, ) <br> ) <br> Defendants. ) <br> ) | No.: CR 05-00465-JSW <br><br> ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

      Defendant Gao was arraigned on the indictment on August 23, 2005 before the Honorable Bernard Zimmerman. The matter was continued until August 26, 2005. At that time, Alan Dressler, Esq., was provisionally appointed to represent defendant Gao. Because a date had already been set before the Honorable Jeffrey S. White as to defendants Zeng, Ma and Zhuge, the Court scheduled defendant Gao to appear before Judge White on September 29, 2005.

ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW

1  The parties requested an exclusion of time under the Speedy Trial Act from August 26
2  through September 29, 2005 based upon the need for effective preparation of counsel. Mr.
3  Dressler has just come into this case. The government is in the process of providing discovery to
4  Mr. Dressler, which he will need time to review. Therefore, the parties are requesting an
5  exclusion of time under the Speedy Trial Act. The parties agree that the time from August 26
6  through September 29, 2005 should be excluded in computing the time within which trial must
7  commence. See 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

8  Accordingly, the Court HEREBY ORDERS that the time from August 26 through
9  September 29, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds
10  that the failure to grant the requested exclusion would deny the defendant reasonable time
11  necessary for effective preparation, taking into account the exercise of due diligence. See 18
12  U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by granting
13  the requested exclusion outweigh the best interest of the public and the defendant in a speedy
14  trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court
15  therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
16  SO ORDERED.
17  DATED: October 24, 2005

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

20  Approved as to form:

22  /s/ Alan Dressler
ALAN DRESSLER
Attorney for Defendant Gao

25  /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW                    2