KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 465 JSW |
|     Plaintiff, ) | ~~[PROPOSED]~~ ORDER AND STIPULATION TO SET CHANGE OF PLEA HEARING FOR AUGUST 3, 2006 |
|     v. ) | |
| ZIBU "BOB" GAO, ) | |
|     Defendant. ) | |

    The defendant and the United States have agreed in principle upon a proposed resolution in this matter. *See* Attachment A, Proposed Plea Agreement. The parties respectfully request that this Court set the above-captioned matter for an anticipated change of plea hearing on August 3, 2006 at 2:30PM before this Court.

    IT IS SO STIPULATED:

DATED: August 1, 2006            _____/s_____
                                       ALAN DRESSLER, ESQ.
                                       Attorney for Defendant

DATED: August 1, 2006            _____/s_____
                                       ROBERT DAVID REES
                                       Assistant United States Attorney

1  Pursuant to stipulation, IT IS SO ORDERED, that the parties appear before this Court on
2  August 3, 2006 at 2:30PM for an anticipated change of plea hearing.
3
4
5  DATED: August 2, 2006
6  HON. JEFFREY S. WHITE
   United States District Judge